MCLAUGHLIN & STERN, LLP
260 Madison Avenue
New York, NY 10016
(212) 448-1100
Attorneys for Plaintiff
EUKOR CAR CARRIERS, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

EUKOR CAR CARRIERS, INC., et al.,

      Plaintiffs,

  - against -

DONGBU INSURANCE CO., LTD.,

      Defendant.

-------------------------------------------------------X

12 Civ. 8067 (CM) (DCF)

(Related Action)

-------------------------------------------------------X

WALLENIUS WILHELMSEN LOGISTICS,
A/S and WALLENIUS WILHELMSEN
LOGISTICS,

      Plaintiffs,

  - against -

DONGBU INSURANCE CO., LTD.,

      Defendant.

-------------------------------------------------------X

12 Civ. 8847 (CM) (DCF)

(Related Action)

  IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between the undersigned counsel for the captioned parties that the subject

related actions bearing docket numbers 12 Civ. 8067 and 12 Civ. 8847, be and hereby are, dismissed with prejudice and without costs to any party.

Dated: New York, New York
January 6, 2014

Respectfully submitted,

MCLAUGHLIN & STERN, LLP
Attorneys for Plaintiff (12 Civ. 8067 (CM)(DCF))
Eukor Car Carriers, Inc.

By: _____
Julia M. Moore, Esq.
260 Madison Ave.
New York, New York 10016
(212) 201-0192
email: jmoore@mclaughlinstern.com


FREEHILL, HOGAN & MAHAR, LLP
Attorneys for Plaintiffs (12 Civ. 8847 (CM) (DCF))
Wallenius Wilhelmsen Logistics, A.S.
Wallenius Wilhelmsen Logistics

By: _____
Michael Fernandez, Esq.
80 Pine Street
New York, NY 10005
(212) 425-1900
email: fernandez@freehill.com

HILL RIVKINS, LLP.
Attorneys for Defendant (12 Civ. 8067, 12 Civ. 8847)
Dongbu Insurance Co., Ltd

By: _____
Caspar F. Ewig, Esq
45 Broadway
New York, NY 10006
(212) 669-0600
email: CEwig@hillrivkins.com

SO ORDERED: _____
U.S.D.J.

1/8/2014